**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: December 01, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
  SUSAN E. WILTON                                CASE NO. 09-12007
  9669 LORALINDA DRIVE                       (CHAPTER 13)
  CINCINNATI, OH 45251                        BURTON PERLMAN

           Debtor
SSN(1) XXX-XX-3022

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―
ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss (Doc. 41) for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtor be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtor's estate in care of Debtor's Counsel minus administrative costs.

    SO ORDERED

COPIES TO:

All Creditors and Parties in Interest

                                           # # #