IN THE UNITED STATES BANKRUPTCY COURT     bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
SUSAN E. WILTON     CASE NO. 09-12007
9669 LORALINDA DRIVE     CHAPTER 13
CINCINNATI, OH  45251     JUDGE BURTON PERLMAN

    Debtor
    SSN(1) XXX-XX-3022

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
IN A DISMISSED CASE

    The above case having been dismissed on Dec 01, 2010, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

1. The case was filed on Apr 05, 2009 and confirmed on Jul 14, 2009. The case is submitted for closing as DISMISSED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $6,840.00.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| BAC HOME LOANS SERVICING, L.P. | MORTGAGE ARREARS | $9,356.74 | $1,889.41 | $0.00 | $7,467.33 |
| Clm #: 0001 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: MORT | | | | | |
| RACHEL K. PEARSON | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| LEASE & RENTAL MANAGEMENT | VEHICLE | $12,131.36 | $787.10 | $1,198.73 | $11,344.26 |
| Clm #: 0003 | Dividend Paid: 100.00% | Interest Rate: 6.00% | | | |
| COMMENT: 05 MERCURY MOUNTAINEER | | | | | |
| GREY HORSE MOTORS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0004 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| PRIZM FINANCIAL SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0005 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: 01 CHEV IMPALA-TO BE SURRENDERED-SEE PLAN#30 | | | | | |
| JAKE SWEENEY | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| ALWAYS AVAILABLE HEATING/COOL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| BUREAU OF ACCOUNTS CONTROL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| BUREAU OF ACCOUNTS CONTROL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CINCINNATI BELL TELEPHONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| ALLIANCE ONE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| CBT | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| CINCINNATI BELL TELEPHONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CBCS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| DUKE ENERGY | UNSECURED CREDITOR | $2,680.85 | $0.00 | $0.00 | $26.81 |
| Clm #: 0015 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| HELVEY & ASSOC. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| EMERGENCY SPECIALISTS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| HYUNDAI MOTOR FINANCE COMPANY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| JAKE SWEENEY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: AUTO | | | | | |
| MIDWEST MEDICAL GROUP | UNSECURED CREDITOR | $176.00 | $0.00 | $0.00 | $1.76 |
| Clm #: 0020 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| MT. AIRY IMAGING | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| MT. AIRY IMAGING | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| PATHOLOGY CONSULTANTS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| UNITED COLLECTION BUREAU | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0024 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| QUALIFIED EMERGENCY SPECIALIST | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| FIRST FEDERAL CREDIT CONTROL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| ECMC | UNSECURED CREDITOR | $11,544.77 | $0.00 | $0.00 | $115.45 |
| Clm #: 0028 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| COMMENT: STUDENT LOAN | | | | | |
| LINCOLN EDUCATION SERVICES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0029 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| T-MOBILE | UNSECURED CREDITOR | $168.83 | $0.00 | $0.00 | $1.69 |
| Clm #: 0030 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| US BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0031 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CHEX SYSTEMS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0032 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| VERIZON WIRELESS | UNSECURED CREDITOR | $434.39 | $0.00 | $0.00 | $4.34 |
| Clm #: 0033 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| VERIZON WIRELESS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0034 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| DUKE ENERGY | UNSECURED CREDITOR | $446.43 | $0.00 | $0.00 | $4.46 |
| Clm #: 0035 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| ECMC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0036 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
| --- | --- | --- | --- | --- | --- |
| CLAIM AMT | $21,488.10 | $0.00 | $15,451.27 | $0.00 | $36,939.37 |
| PRIN. PAID | $2,676.51 | $0.00 | $0.00 | $0.00 | $2,676.51 |
| INT. PAID | $1,198.73 | $0.00 | $0.00 | $0.00 | $1,198.73 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $2,474.00 and was paid $2,474.00.
The Trustee was paid $307.48 pursuant to 11 U.S.C. 1302.
The Trustee was paid $3.28 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $180.00.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

Respectfully submitted,

/s/ Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings